WOR to S/D, TX   Needs to process & IA

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| SHELDON DOUNN | ) Case No. 4:24CR478 |
| | ) |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHAL
2025 FEB 11 PM 3:41
SOUTHERN DIST. S/TX

FILED BY ___SM___ D.C.
Apr 30, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

FLSD Case number 25-mj-6279-AOV

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHELDON DOUNN   #46741-004
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:
  Order of the Court (See Attached)

Date: 02/11/2025

                                                        *Issuing officer's signature*

City and state:   Houston, TX                           J. Marchand, Deputy Clerk
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                        *Arresting officer's signature*

                                                        *Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

Case 4:24-cr-00478   Document 28 *SEALED*   Filed on 02/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

RECEIVED
UNITED STATES MARSHAL
2025 FEB 11 PM 3:41
SOUTHERN DIST. S/TX

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| v. § | Criminal Action No. H-24-478 |
| § | |
| Sheldon Dounn § | |
| § | |

## ORDER

A motion to revoke bond has been filed. It is ordered that an arrest warrant be issued.

Signed at Houston, Texas, on February 11, 2025.

_____
Peter Bray
United States Magistrate Judge